IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-228-FL

SELF-HELP VENTURES FUND, )
)
    Plaintiff, )
)
v. ) **ENTRY OF DEFAULT**
)
EDDIE N. POWELL and wife, TERESA W. )
POWELL; and UNITED STATES )
DEPARTMENT OF TREASURY, )
INTERNAL REVENUE SERVICE, )
)
    Defendants. )

THIS MATTER came on to be considered by the Clerk of Court of the United States District Court upon Plaintiff's Motion for Entry of Default against Defendants EDDIE N. POWELL and wife, TERESA W. POWELL ("Defendants"). It appearing that Plaintiff properly served Defendants, as evidenced by the Affidavit of Service attached to the Motion for Entry of Default and filed in the state court record, that the time for filing and serving Answers or other responsive pleadings has passed, and that Defendants have not filed or served Answers or other responsive pleadings in this action:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, default IS HEREBY ENTERED AGAINST DEFENDANTS EDDIE N. POWELL and wife, TERESA W. POWELL.

SO ORDERED. This the 13th day of January, 2016.

_____
Julie Richards Johnston
Clerk of Court